**The PEOPLE of the State of Colorado, Petitioner,**

v.

**John CERRONE, Emily Cerrone, and One 1985 Honda, Four–Door, VIN JHMAD54XFCO16075, and One 1973 BMC, VIN IZE063V102951, and One 1980 Dodge Pickup, VIN 9JL4UA1124509, and One 1984 Home-**

made Trailer, VIN ID120413CO, and One 1977 Star Craft Boat, Hull Identification No. 6922494, Respondents.

No. 89SC470.

Supreme Court of Colorado,
En Banc.

Dec. 4, 1989.

Petition for Writ of Certiorari DENIED.

VOLLACK, J., does not participate.